1   WRIGHT, FINLAY & ZAK, LLP
    Matthew S. Carter, Esq.
2   Nevada Bar No. 09524
    Lindsay D. Robbins, Esq.
3   Nevada Bar No. 13474
4   7785 W. Sahara Ave., Suite 200
    Las Vegas, NV 89117
5   (702) 475-7967; Fax: (702) 946-1345
6   lrobbins@wrightlegal.net
    *Attorneys for Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Certificate Holders Of Park*
7   *Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1*

8

9                      **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11
    WELLS FARGO BANK, N.A., AS TRUSTEE        Case No.: 2:19-cv-00803-GMN-GWF
12  FOR THE CERTIFICATE HOLDERS OF
    PARK PLACE SECURITIES, INC., ASSET-       **STIPULATION AND ORDER TO**
13  BACKED PASS-THROUGH                       **EXTEND TIME TO RESPOND TO**
    CERTIFICATES, SERIES 2005-WCW1,           **DEFENDANT'S MOTION TO DISMISS**
14
15                  Plaintiff,                **[First Request]**

16          vs.

17  COMMONWEALTH LAND TITLE
    INSURANCE COMPANY,
18
                    Defendants.
19

20          Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Certificate Holders Of Park Place

21  Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1 ("Wells Fargo"),

22  and Defendant Commonwealth Land Title Insurance Company ("Commonwealth"), by and

23  through their respective attorneys of records, and hereby agree and stipulate as follows.

24

25          1.  On July 22, 2019, Commonwealth filed a Motion to Dismiss [ECF No. 6] ("Motion");

26          2.  Wells Fargo's response to Commonwealth's Motion is due August 5, 2019;
27

28

3. Wells Fargo's counsel is requesting an additional seven (7) days to file its response to Commonwealth's Motion, and thus requests up to August 12, 2019, to file an Opposition;

4. This extension is requested to allow Counsel for Wells Fargo additional time to review and respond to the points and authorities cited to in Commonwealth's Motion.

5. Counsel for Commonwealth does not oppose this extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 2nd of August, 2019. | DATED this 2nd of August, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Robbins*<br>Matthew S. Carter, Esq.<br>Nevada Bar No. 9524<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff Wells Fargo Bank, N.A., As Trustee For The Certificate Holders Of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1* | */s/ Sophia S. Lau*<br>Kevin S. Sinclair, Esq.,<br>Nevada Bar No. 12277<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant, Commonwealth Land title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __11__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT