WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq. (NBN 8386)
Christina V. Miller, Esq. (NBN 12448)
Lindsay D. Dragon, Esq. (NBN 13474)
Yanxiong Li, Esq. (NBN 12807)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
cmiller@wrightlegal.net
ldragon@wrightlegal.net
yli@wrightlegal.net
*Attorney for Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Certificate Holders Of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF PARK PLACE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WCW1,<br><br>Plaintiff,<br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00803-GMN-EJY<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS [ECF NO. 46]**<br><br>**(First Request)** |

COMES NOW, Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Certificate Holders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1 ("Wells Fargo") and Defendant, Commonwealth Land Title Insurance Company ("Commonwealth", collectively, the "Parties"), by and through their respective undersigned counsels, stipulate and agree as follows:

1. On March 12, 2024, Commonwealth filed a Motion to Dismiss [ECF No. 46];
2. Wells Fargo's deadline to respond to Commonwealth's Motion to Dismiss is currently March 26, 2024;

3. This is one of five cases pending before this Court in which similar Motions to Dismiss have been filed and with the same deadline for a response[1]. Good cause exists for a brief extension as counsel for Wells Fargo reasonably requires additional time to diligently prepare responses given the numerous Motions to Dismiss due at the same time. Wells Fargo requests a two-week extension up to and including April 9, 2024 to file its response to Commonwealth's Motion to Dismiss;

4. Counsel for Commonwealth does not oppose the requested extension;

5. This is the first request for an extension and is made in good faith and not for purposes of undue delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 25th day of March, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ *Yanxiong Li, Esq.*
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Certificate Holders Of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1*

DATED this 25th day of March, 2024.

SINCLAIR BRAUN KARGHER LLP

*/s/ Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
15260 Ventura Blvd., Ste 715
Sherman Oaks, California 91403
*Attorneys for Defendant, Commonwealth Land Title Insurance Company*

**IT IS SO ORDERED**.

DATED: March 26, 2024

_____
DISTRICT COURT JUDGE

---

[1] The other four cases being *U.S. Bank National Association v. Fidelity National Title Group, Inc., et al*, Case No. 2:21-cv-01454-GMN-NJK; *U.S. Bank, National Association v. Fidelity National Title Insurance Company*, Case No. 2:19-cv-00809-GMN-BNW; *Deutsche Bank National Trust Company v.* Fidelity National Title Group, Inc., et al, Case No. 2:20-cv-01886-GMN-BNW; *Wilmington Trust, National Association v. Commonwealth Land Title Insurance Company*, Case No. 2:18-cv-02023-GMN-BNW.