WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq. (NBN 8386)
Christina V. Miller, Esq. (NBN 12448)
Lindsay D. Dragon, Esq. (NBN 13474)
Yanxiong Li, Esq. (NBN 12807)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
cmiller@wrightlegal.net
ldragon@wrightlegal.net
yli@wrightlegal.net
*Attorney for Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Certificate Holders Of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF PARK PLACE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WCW1,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00803-GMN-EJY<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS [ECF NO. 46]**<br><br>**(Second Request)** |

COMES NOW, Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Certificate Holders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1 ("Plaintiff") and Defendant, Commonwealth Land Title Insurance Company ("Commonwealth"), by and through their respective undersigned counsels, stipulate and agree as follows:

1. On March 12, 2024, Commonwealth filed a Motion to Dismiss [ECF No. 46];
2. Plaintiff's deadline to respond to Commonwealth's Motion to Dismiss is currently April 9, 2024 following an initial extension granted by this Court [ECF No. 50];
3. Since the initial extension, on April 4. 2024, the Ninth Circuit Court of Appeals issued a memorandum decision in *Wells Fargo Bank, N.A. v. Commonwealth Land Title*

*Insurance Company*, Ninth Cir. Case No. 19-16181 (District Court Case No. 2:18-CV-00494-APG-BNW) ("*Wells Fargo*"). Plaintiff requires additional time to assess any potential impact of *Wells Fargo* on this matter;

4. Accordingly, good cause exists to grant a one-week extension up to and including April 16, 2024 for Plaintiff to file its response to Commonwealth's Motion to Dismiss;

5. Counsel for Commonwealth does not oppose the requested extension;

6. This is the second request for an extension and is made in good faith and not for purposes of undue delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 9th day of April, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ *Yanxiong Li, Esq.*
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Certificate Holders Of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1*

DATED this 9th day of April, 2024.

SINCLAIR BRAUN KARGHER LLP

/s/ *Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
15260 Ventura Blvd., Ste 715
Sherman Oaks, California 91403
*Attorneys for Defendant, Commonwealth Land Title Insurance Company*

**IT IS SO ORDERED**.

DATED: April 9, 2024

_____
DISTRICT COURT JUDGE