Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> COMMONWEALTH LAND TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:19-CV-00803-GMN-EJY <br><br> **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |



1
**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Wells Fargo Bank, N.A. and defendant Commonwealth Land Title Insurance Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own fees and costs.

Dated: April 22, 2024                     SINCLAIR BRAUN KARGHER LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendants
COMMONWEALTH LAND TITLE INSURANCE COMPANY

Dated: April 22, 2024                     WRIGHT FINLAY & ZAK LLP

By: _/s/-Christina V. Miller_
CHRISTINA V. MILLER
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

**Dated this   22   day of April, 2024**

_____
THE HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

